UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CLAUDE CARON,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>    Defendant. | Civil Action No. 1:18-cv-00040-GZS |

**STIPULATION OF DISMISSAL**

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Date: September 10, 2018        BY:    /s/ *Chad T. Hansen*
                                       Chad Hansen, Esq.

                                       MAINE EMPLOYEE RIGHTS GROUP
                                       92 Exchange Street, 2nd floor
                                       Portland, ME 04101
                                       *Attorney for Plaintiff*

Date: September 10, 2018        BY:    */s/ Brian Champion*
                                       Brian Champion, Esq.

                                       Libby O'Brien Kingsley & Champion, LLC
                                       62 Portland Road, Suite 17
                                       Kennebunk, ME 04043
                                       *Attorney for Defendant*